# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 18-80660-cv-MIDDLEBROOKS/BRANNON

JOEL PAULOT, GARRY JEAN,
FENEL JH PETIT-HOMME,
ANGELIA SISTRUNK and
KENNETH PINNOCK, individually,
and on behalf of all other similarly
situated individuals,

      Plaintiffs,

vs.

THE SCHOOL BOARD OF
PALM BEACH COUNTY,
FLORIDA,

      Defendant.

_____/

### SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into between The School Board of Palm Beach County, Florida ("Defendant") and Plaintiffs Joel Paulot, Garry Jean, Fenel JH Petit-Homme, Angelia Sistrunk, and Kenneth Pinnock (the "Named Plaintiffs") (collectively, the "Parties") on behalf of themselves and others similarly situated to them who were employed as School Bus Drivers by Defendant and received an attendance incentive payment ("Merit Payment") anytime between May 18, 2016 to January 24, 2019 (the "Relevant Time Period") and worked overtime during the period preceding the Merit Payment during which the Merit Payment was earned, each of whom are identified by their Employee Identification number on Exhibit A (hereinafter "Potential Opt-In Plaintiffs") subject to Court approval.

Defendant and the Named Plaintiffs (collectively the "Settling Parties") do hereby agree to do all things necessary and appropriate to obtain approval of this Agreement in consideration for: (a) monetary payment by Defendant as expressly identified herein; (b) dismissal with *prejudice* of the lawsuit, styled: *JOEL PAULOT, GARRY JEAN, FENEL JH PETIT-HOMME, ANGELIA SISTRUNK and KENNETH PINNOCK, individually, and on behalf of all other similarly situated individuals, Plaintiffs, vs. THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA*, Case No.: 18-80660-cv-Middlebrooks/Brannon (the "Lawsuit"); (c) the release of FLSA claims, as set forth herein; and (d) other valuable monetary and non-monetary consideration, as set forth herein.

## I. DEFINITIONS

A. The **Named Plaintiffs** shall refer to: *JOEL PAULOT, GARRY JEAN, FENEL JH PETIT-HOMME, ANGELIA SISTRUNK and KENNETH PINNOCK.*

B. The **Defendant** shall refer to the School Board of Palm Beach County, Florida.

C. The **Agreement** shall refer collectively to: this Settlement Agreement and its Exhibits A and B;

D. The **Settling Parties** shall refer collectively to: the Named Plaintiffs and the Defendant.

E. The **Lawsuit** shall refer to: the matter styled: *JOEL PAULOT, GARRY JEAN, FENEL JH PETIT-HOMME, ANGELIA SISTRUNK and KENNETH PINNOCK, individually, and on behalf of all other similarly situated individuals, Plaintiffs, vs. THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA*, Case No.: 18-80660-cv Middlebrooks/Brannon.

F. The **Relevant Time Period** shall refer to the time period beginning on May 18, 2016 through January 24, 2019.

2

DocuSign Envelope ID: 547E2003-426B-473D-A693-EA0859073B9F

G.      The **Effective Date** shall refer to: the date of final approval of the Agreement by the Court. If objections are filed and overruled, and no appeal is taken of the final approval order, then the effective date of final approval shall be thirty-five (35) days after the Court enters final approval.  If an appeal is taken from the Court's overruling of objections to the Agreement, then the effective date of final approval shall be ten (10) days after the appeal is withdrawn or after an appellate decision affirming the final approval decision becomes final.

H.      **Merit Payment** shall refer to a $175.00 attendance incentive payment earned monthly for not being absent for any reason and not having a motor vehicle violation with conviction or accidents while operating a school bus.

I.      **Backpay** shall refer to: fifty (50) percent (%) of the damages to be paid via W-2 to the Qualified Claimant, as more specifically set forth in Exhibit A.

J.      **Liquidated damages** shall refer to: fifty (50) percent (%) of the damages to be paid via 1099 to the Qualified Claimant, as more specifically set forth in Exhibit A.

K.      The **Potential Opt-In Plaintiffs** shall refer to: bus drivers who were employed by Defendant during the Relevant Time Period and received at least one (1) Merit Payment and also worked over forty (40) hours during any workweek in the month preceding payment of the Merit Payment.

L.      **Consent Motion** shall refer to: the draft consented Motion for Preliminary Approval of the Agreement and for Conditional Certification of this case as a collective action for settlement purposes.

M.      The **Proposed Preliminary Approval Order** shall refer to: the draft proposed order granting the Consent Motion.

N.      The **Final Approval Motion** shall refer to: the draft consented Motion for Final
Approval of the Settlement.

O.      The **Proposed Final Approval Order** shall refer to: the draft consented proposed
final approval order to be submitted to the Court for entry.

P.      The **Notice Packet** shall refer collectively to: the Notice of Settlement, the Consent
to Join Form, the Reminder Postcard, and a pre-addressed return envelope.

Q.      **Cure letter** shall refer to: Correspondence sent by the Settlement Administrator to
a Potential Opt-In Plaintiff after receipt of insufficient information and requesting sufficient
information be provided within ten (10) days to identify and/or qualify the Potential Opt-In
Plaintiff as a Qualified Claimant.

R.      **Late Claim Form Submission** shall refer to: any Claim Form received by the
Settlement Administrator after the expiration of the 45 day Opt-In Period.

S.      **Service Payments** shall refer to: the $1,500.00 payments sought to be paid to each
of the Named Plaintiffs for participation in this Lawsuit and in settlement negotiations.

T.      The **Settlement Administrator** shall refer to: A Third Party vendor chosen through
agreement of the Settling Parties to administer notice to all Potential Opt-In Plaintiffs, to effectuate
the payment distribution process, and coordinate and execute the tax notification process, among
other duties as set forth herein.

U.      **Settlement Administrator Expenses** shall refer to: the costs and expenses of the
Settlement Administrator including, but not limited to, the costs for effectuating notice to all
Potential Opt-In Plaintiffs.

V.      **Mailing Data** shall refer to: the list of names, last known addresses, phone
numbers, email addresses, and the Social Security numbers for all Potential Opt-In Plaintiffs.

4

W.      **Opt-In Period** shall refer to: the forty-five (45) day time period for the Potential Opt-In Plaintiffs to join in the settlement of this Lawsuit, which time period shall begin to run on the first date the Notice Packet is mailed by the Settlement Administrator.

X.      The **Claims Bar Date** shall refer to: the last date a Potential Opt-In Plaintiff can submit a Claim Form to join the settlement of this Lawsuit and shall refer to the forty-fifth day from the date the first Notice of Settlement was mailed to the Potential Opt-In Plaintiffs' last known address unless additional time is provided for herein.

Y.      **Qualified Claimants** shall refer to: all Potential Opt-In Plaintiffs who timely return a completed Consent to Join Form and the Named Plaintiffs.

Z.      The **Settlement Payment Checks** shall refer to: the proportional share of the Revised Gross Settlement Fund to be paid to each of the Qualified Claimants as set forth in Exhibit A.

## II.      CONSENT TO COURT FACILITATED NOTICE

A.      For settlement purposes only, the Settling Parties agree that the Named Plaintiffs and Potential Opt-In Plaintiffs are similarly situated for purposes of 29 U.S.C. § 216(b) and consent to Court-facilitated notice to the Potential Opt-In Plaintiffs.

B.      This Agreement is contingent upon approval by the Court and is entered into voluntarily by the Settling Parties for settlement purposes only.  Defendant does not waive, and instead expressly reserves, its rights to challenge, among other things, the propriety of whether similarly situated School Bus Drivers exist and whether they should be provided with Court-facilitated notice pursuant to 29 U.S.C. § 216(b), should the Court not approve this Agreement.

C.      The Settling Parties shall cooperate and present to the Court for its consideration in connection with the approval of the Agreement and Court-facilitated notice.

### III.    SETTLEMENT APPROVAL PROCEDURE

#### A.    Preliminary Approval Process

1.    On or before January 19, 2019, counsel for the Named Plaintiffs ("Plaintiffs' Counsel") shall provide Defendant's counsel with a draft consented Motion for Preliminary Approval of the Agreement and for Conditional Certification of this case as a collective action for settlement purposes ("Consent Motion") and a draft order granting the Consent Motion ("Proposed Preliminary Approval Order") for review and suggested modification.

2.    The Consent Motion and Proposed Preliminary Approval Order will be submitted to the Court on or before January 30, 2019. The Consent Motion shall seek: (1) conditional certification of a collective action under 29 U.S.C. § 216(b), for settlement purposes only, of all Potential Opt-In Plaintiffs (see Exhibit A), (2) preliminary approval of the terms of this Agreement and a proposed Notice Packet, in the a form substantially similar to the form attached to this Agreement as **Exhibit B**, advising the Named Plaintiffs and Potential Opt-In Plaintiffs of the material terms and provisions of this Agreement, the procedure for submitting Consent to Join Forms and objections to the Agreement, and their rights with respect to this Agreement; and (3) setting a date for final approval of the Agreement on or after April 16, 2019 or 80 days after the Court grants preliminary approval of the Agreement, whichever is later.

#### B.    Final Approval Process

1.    At least fifteen days prior to the date set by the Court for a final approval hearing, Plaintiffs' Counsel will provide Defendant's counsel with a draft consented Motion for Final Approval of the Settlement ("Final Approval Motion") and Proposed Final Approval Order ("Proposed Final Approval Order") for review and suggested modification.  The Final Approval Motion and Proposed Final Approval Order shall be filed with the Court on or before ten days

prior to the Final Approval Hearing. The Final Approval Motion shall seek: (1) final certification of the collective action settlement; (2) final approval of this Agreement; (3) approval of Service Payments for the Named Plaintiffs; (4) approval of the attorneys' fees and costs of Plaintiffs' Counsel; and (5) dismissal of the Lawsuit on the merits and with *prejudice*, with the Court retaining jurisdiction to enforce the terms of the Agreement.

2.      The Effective Date of this Agreement is the date of final approval of the Agreement by the Court. If objections are filed and overruled, and no appeal is taken of the final approval order, then the effective date of final approval shall be thirty-five (35) days after the Court enters final approval. If an appeal is taken from the Court's overruling of objections to the Agreement, then the effective date of final approval shall be ten (10) days after the appeal is withdrawn or after an appellate decision affirming the final approval decision becomes final.

3.      In the event the Court denies final approval of the Agreement, all funds deposited by Defendant with the Settlement Administrator, except those funds that have been used to provide notice to Potential Opt-In Plaintiffs and to process their Consent to Join Forms or objections, shall be refunded to Defendant via wire transfer within ten (10) business days of the Court's entry of an Order denying final approval of the settlement.

## IV.     NOTICE PROCESS, PAYMENT OBLIGATION, ALLOCATION OF FUNDS AND SETTLEMENT ADMINISTRATION

### A.     Notice of Settlement

1.      Within five (5) business days of the full execution of this Agreement, the Settling Parties will agree on a Settlement Administrator who will administer the notice to all Potential Opt-In Plaintiffs, the payment distribution process, and tax notification process. Defendant shall pay the costs and expenses of the Settlement Administrator of up to $27,000.00, which amount is

intended to include the costs for effectuating notice to all Potential Opt-In Plaintiffs (hereinafter "Settlement Administrator Expenses").

2.      On or before February 1, 2019 or five days after an Order approving the Consent Motion, whichever is later, Defendant will provide a list of names, last known addresses, phone numbers, email addresses, and the Social Security numbers for all Potential Opt-In Plaintiffs ("Mailing Data") to the Settlement Administrator. A copy of the Mailing Data with the Social Security numbers removed shall be provided to Plaintiffs' Counsel at the same time as the data is provided to the Settlement Administrator.

3.      Within ten (10) days of receipt of the Mailing Data, the Settlement Administrator shall mail the Notice of Settlement to Potential Opt-In Plaintiffs via First Class Mail and via email (if available). Prior to mailing the Notice Packet, the Settlement Administrator shall search the National Change of Address database for updated addresses for the Potential Opt-In Plaintiffs. In addition, if any such Notice of Settlement is returned as undeliverable for a Potential Opt-In Plaintiff, the Settlement Administrator shall promptly attempt to locate such Potential Opt-In Plaintiff through an electronic search using the Social Security number and/or former address of that person and shall promptly mail and email an additional Notice of Settlement to each such person.

4.      The Potential Opt-In Plaintiffs will be provided with a summary of the basis for settlement in the Notice of Settlement and told that in order to receive any monetary proceeds of the settlement, they must mail, email or fax a Consent to Join Form so that it is received by the Settlement Administrator during the Opt In Period and before the Claims Bar Date . The Potential Opt-In Plaintiffs will also be informed that they may object to the settlement by timely filing an objection with the Settlement Administrator on or before the Claims Bar Date.

8

DocuSign Envelope ID: 547E2003-426B-473D-A693-EA0859073B9F

5.      On the twentieth (20th) day after the initial mailing of Notice Packets, the Settlement Administrator shall mail via First Class Mail and email, (if available), the Reminder Postcard to any Potential Opt-In Plaintiff who has not filed a Consent to Join Form as of that date.

6.      Plaintiffs' Counsel may request that the Settlement Administrator send an additional notice to an updated address for any Potential Opt-In Plaintiff prior to the Claims Bar Date. The deadline for returning the Consent to Join Form shall remain the Claim Bar Date. Plaintiff's Counsel shall file redacted Consent to Join Forms with the Court within ten (10) days of the Claims Bar Date.

7.      The Potential Opt-In Plaintiffs who timely return a completed Consent to Join Form will be considered "Qualified Claimants" entitled to receive their share of the Gross Settlement Fund as set forth on **Exhibit A**.

**B.      Defendant's Payment Obligations**

1.      On or before the date the initial notice of settlement is mailed to Potential Opt-In Plaintiffs, the Defendant shall deposit the Gross Settlement Fund of Three Hundred Sixty-One Thousand One Hundred Three and 24/100 Dollars ($361,103.24) in a Qualified Settlement Fund as established by the Settlement Administrator. The Gross Settlement Fund is inclusive of payment of: (1) Settlement Checks to all Qualified Claimants; (2) service awards approved by the Court for the Named Plaintiffs; (3) Settlement Administrator Expenses; and (4) all attorneys' fees and costs approved by the Court, including those fees and costs expended in connection with securing Court approval of this Agreement, the claims process and implementing this Agreement, but exclusive of any fees and costs that may be awarded to the Prevailing Party in connection with efforts to enforce the terms of this Agreement, if necessary and applicable.

2.     Defendant shall be responsible for paying the employer's share of any taxes due on back pay amounts paid to the Qualified Claimants with an IRS W-2 Form. Potential Settlement Payments to each Qualified Claimant shall be allocated 50 percent to back wages and 50 percent to liquidated damages. All Qualified Claimants will be responsible for paying their own respective portion of FICA taxes and Federal Withholding Taxes.  Each of the Qualified Claimants understand, acknowledge, and expressly agree that they are obligated to pay taxes on amounts they receive with an IRS 1099 Form. Each of the Qualified Claimants expressly agrees to indemnify and hold harmless the Defendant, its entities, executives, and officers ("Indemnified Parties") for any taxes due on monies received with a 1099 Form and will be responsible for payment of any related income taxes associated with the 1099 payment.

### C.     Allocation of the Gross Settlement Fund

1.     From the Gross Settlement Fund, Plaintiff's Counsel shall seek approval of a Service Payment for the Named Plaintiffs in the amount of One Thousand Five Hundred Dollars ($1,500.00) each in recognition of the risk they assumed in bringing the claims for the benefit of themselves and the Potential Opt-In Plaintiffs, their involvement in the Lawsuit, and their involvement in settlement negotiations; Defendant agrees not to oppose this request.  The settlement is not conditioned upon the Court's approval of Service Payments to the Named Plaintiffs and any amounts not approved by the Court for Service Payments shall be returned to Defendant within ten (10) days of the Effective Date of this Agreement.

2.     Plaintiffs' Counsel shall make an application to the Court for an award of $115,000.00 of the Gross Settlement Fund as full and final payment of attorneys' fees and costs; Defendant agrees not to oppose Plaintiffs' Counsel's attorneys' fees and costs request.  The settlement is not conditioned upon the Court's approval of Plaintiffs' Counsel's petition for fees

10

and costs, and any amount not approved by the Court for attorneys' fees and costs, shall be returned to Defendant within ten (10) days of the Effective Date of this Agreement.

3.       Plaintiffs' Counsel, with input from Defendant's counsel, shall seek approval of the payment for the Settlement Administrator Expenses incurred from administering notice to all Potential Opt-In Plaintiffs, the payment distribution process to Qualified Claimants, and tax notification process.

4.       The amounts approved by the Court for Service Payments, the amount approved by the Court for Plaintiffs' Counsel's attorneys' fees and costs, the amount approved for payment of Settlement Administrator Expenses, and the amount of attorneys' fees and costs to be refunded to Defendant, if any (see para C 2, above), shall be deducted from the Gross Settlement Fund to obtain a "Revised Gross Settlement Fund".

5.       The Revised Gross Settlement Fund shall be allocated to the Qualified Claimants as set forth on **Exhibit A**. The Settlement Payments to be paid to the Qualified Claimants, shall be allocated 50 percent to back wages paid with a W-2 form and 50 percent to liquidated damages paid with a 1099 form.

6.       The back wages portion of the Settlement Payment shall be subject to all required employee-paid payroll taxes (federal income taxes, state income taxes, employee's share of FICA and FUTA taxes, and other state-specific statutory deductions) and other authorized or required deductions (garnishments, tax liens, child support, etc.). The employer's share of FICA taxes will be paid by Defendant to the United States Treasury in addition to the Gross Settlement Fund. All Qualified Claimants agree and acknowledge that none of the monies received through this Agreement are considered FRS eligible. The Settlement Administrator shall report the back wage

payments to the Qualified Claimants on IRS W-2 Forms and shall report the Service Payment and liquidated damages payments as non-wage payments on IRS 1099 Forms.

7.     Payment of amounts approved by the Court for Plaintiffs' Counsel's attorneys' fees and costs, shall constitute full and final satisfaction of any and all obligations by Defendant to pay any person, attorney or law firm for attorneys' fees and costs, incurred on behalf of the Named Plaintiffs and Qualified Claimants.  The Settlement Administrator shall report the payment of attorneys' fees and costs to Plaintiffs' Counsel on IRS 1099 Forms.

**D.     Settlement Claims Administration**

1.     The Settlement Administrator shall be responsible for: (i) preparing, printing and disseminating the Notice Packet to Potential Opt-In Plaintiffs; (ii) receiving and reviewing the Consent to Join Forms and any objections submitted by Potential Opt-In Plaintiffs; (iii) providing counsel for the parties, no later than ten (10) days after the Claims Bar Date, with a list of Qualified Claimants who timely submitted Consent to Join Forms, a copy of each timely filed consent to join form with personal information redacted, and copies of any objections filed by a Potential Opt-In Plaintiff;(iv) calculating and determining the Potential Settlement Payment for each Qualified Claimant in accordance with this Agreement; (v) mailing the settlement checks to Qualified Claimants by first class mail; (vi) ascertaining current address and addressee information for each Notice of Settlement or settlement checks returned as undeliverable; (vii) maintaining a toll–free telephone number for responding to inquiries of the Potential Opt-In Plaintiffs regarding the terms of settlement and procedures for filing Consent to Join Forms or objections to the settlement; and (viii) and maintaining adequate records of its activities, including the dates of the mailing of the Notice of Settlement and mailing and receipt of Consent to Join Forms.

2.      In the event Claim Forms are timely submitted, but do not contain a signature or sufficient information to identify the Potential Opt-In Plaintiff, the Settlement Administrator shall contact the Potential Opt-in Plaintiff to request the information that was not provided.  Potential Opt-In Plaintiff will be provided ten (10) days to respond.  Any Potential Opt-In Plaintiff who fails to timely respond to a cure letter will not be considered a Qualified Claimant. Late Claim Form submissions will be considered by the Court in accordance with the factors considered for late filings by the Eleventh Circuit in FLSA cases, including: (1) whether "good cause" exists for the late submission; (2) prejudice to the Defendant; (3) how long after the deadline passed the consent forms were filed; (4) judicial economy; and (5) the remedial purposes of the FLSA.

3.      Within ten (10) days of the Effective Date of this Agreement, checks for Service Payments to the Named Plaintiffs and Settlement Payment Checks to all Qualified Claimants shall be mailed.  The Qualified Claimants will have one hundred and twenty (120) calendar days after Settlement Payment Checks are mailed (the "Check Issuance Date") to cash or deposit the checks. If any Qualified Claimant does not cash or deposit the Settlement Payment Check within 120 days from the Check Issuance Date, the Settlement Payment Check will be null and void.  However, if any Settlement Payment Check is returned the Settlement Administrator as undeliverable to a Qualified Claimant within the one hundred and twenty days following the mailing date of the initial distribution to Qualified Claimants, the Settlement Administrator shall promptly attempt to locate such Qualified Claimant using electronic searches, and shall promptly re-mail the check to such person if possible.  If, within the one hundred and twenty (120) days following the initial mailing of the Settlement Payment Checks, a Qualified Claimant informs the Settlement Administrator or Plaintiffs' Counsel that the Qualified Claimant has not received the Settlement Payment Check, the Settlement Administrator shall confirm the Settlement Payment Check has

13

not been cashed or deposited and, following such confirmation, shall void the initial Settlement Payment Check, issue a replacement Settlement Payment Check, and mail the replacement Settlement Payment Check to the address provided by the Qualified Claimant.

4. Within ten (10) days of the Effective Date of this Agreement, the Settlement Administrator shall wire the amount approved by the Court for payment of Plaintiffs' Counsel's attorneys' fees and costs to Plaintiffs' Counsel.

5. Within ten (10) days of the payment of the Settlement Payment Checks, service payments, and attorneys' fees and costs, the amounts allocated to Potential Opt-In Plaintiffs who do not timely file Consent to Join Forms from the Gross Settlement Fund shall be wired to Defendant.

6. On 130th calendar day following the date of disbursement of the payments of the Settlement Payment Checks, Service Payment Checks, attorneys' fees and costs, and Settlement Administrator Expenses, any amounts remaining in the Qualified Settlement Fund shall be returned to the Defendant via wire transfer.

## V.    **RELEASE BY QUALIFIED CLAIMANTS**

For good and valuable consideration as stated herein, the receipt of which is hereby acknowledged, the Qualified Claimant on his/her behalf, and on behalf of his/her heirs, executors, administrators, successors, and assigns, (hereinafter referred to as "Qualified Claimant Releasors ") hereby unconditionally and irrevocably agrees to release, acquit, satisfy and forever discharge the School District of Palm Beach County, its officers, directors, employees, successors, and assigns, the Superintendent, and the members of the School Board of Palm Beach County in both their official capacities and as individuals (hereinafter referred to as " Defendant Releasees") from any and all claims that could have been brought in this case under the Fair Labor Standards Act

DocuSign Envelope ID: 547E2003-426B-473D-A693-EA0859073B9F

that the Qualified Claimant Releasors now have, or hereafter can or may have against the Defendant Releasees  from the beginning of the world until January 24, 2019 whether known or unknown, both legal and equitable arising out of, or related to Qualified Claimant's employment with Defendant ("Released Claims").

## VI.    NON-PARTICIPATION

The Named Plaintiffs agree not to voluntarily assist a present or former employee in a lawsuit asserting any of the Released Claims.

## VII.    TOLLING AGREEMENT

The Parties agree that the statute of limitations for the FLSA Collective as it is defined in the Second Amended Complaint filed in the Lawsuit (D.E. 42) shall be tolled from August 17, 2018 until the Court's ruling on Plaintiffs' Motion for Section 216(b) Conditional Certification and Notice, if and when filed.  This tolling agreement shall remain in force until the date the Court's order approving this Agreement or a renegotiated settlement agreement becomes a non-appealable order.  Thereafter, the Tolling Agreement shall be null and void without any further force or effect as though the Settling Parties never entered into it with respect to any current or former employee of Defendant who does not become a Qualified Claimant.

## VIII.  MODIFICATIONS TO PAYSTUBS

On or before February 22, 2019, Defendant agrees to implement and rollout a revised version of the paystub for bus drivers including all Qualified Claimants who are then employed by Defendant.  The revised paystub will include, but not be limited to, the addition of certain data fields that identify: (1) the employee's annual compensation to be paid for the school year; (2) the number of duty days the employee is contracted to work for the school year; (3) the number of pay periods over which the employee will be paid for the year; and (4) the scheduled hours the

employee is assigned to work for the week, which corresponds to the employee's base weekly compensation. A notice explaining the forgoing will be provided to each employee including each Qualified Claimant who is employed as of February 22, 2019.

## IX.    NOTICES

All notices, requests, demands and other communications required or permitted to be given pursuant to this Agreement (other than those duties delegated to the Settlement Administrator) shall be in writing and shall be delivered personally or mailed, postage prepaid, by first-class mail to the undersigned persons at their respective addresses and via email as set forth herein:

/s/ Lisa M. Kohring
Lisa M. Kohring, Esq.
Fla. Bar No. 93781
Sean Fahey, Esq.
Fla. Bar No. 101083
The School Board of Palm
Beach County, Florida
3320 Forest Hill Blvd., Suite C-331
West Palm Beach, FL 33416
(561) 434-8750
lisa.kohring@palmbeachschools.org
sean.fahey@palmbeachschools.org

Attorneys for Defendant

/s/ Sam J. Smith
Sam J. Smith, Esq.
Fla. Bar No. 818593
Loren B. Donnell, Esq.
Fla. Bar No. 013429
Burr & Smith, LLP
111 2nd Ave. N.E., Suite 1100
St. Petersburg, FL 33701
(813) 253-2010
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

Mark J. Berkowitz, Esq.
Fla. Bar No. 369391
Mark J. Berkowitz, P.A.
One Ten Tower
110 S.E. 6th St., Suite 1700
Ft. Lauderdale, FL 33316
(954) 527-0570
labor@markjberkowitz.com

Attorneys for Plaintiffs

## X.    REPRESENTATION BY COUNSEL

All of the Settling Parties acknowledge that they have been represented by counsel throughout all negotiations that preceded the execution of this Agreement and that this Agreement

has been executed with the consent and advice of counsel.

## XI.    NO ADMISSION OF LIABILITY

The Settling Parties acknowledge and agree that liability for the actions that are the subject matter of this Agreement is disputed by Defendant.  This Agreement and the settlement are a compromise and shall not be construed as an admission of liability at any time or for any purpose, under any circumstances, by the Settling Parties to this Agreement.  The Settling Parties further acknowledge and agree that this Agreement and the settlement shall not be used to suggest an admission of liability in any dispute the Settling Parties may have now or in the future with respect to any person or entity.  Neither this Agreement nor anything herein, nor any part of the negotiations had in connection herewith, shall constitute evidence with respect to any issue or dispute other than for purposes of enforcing this Agreement.

## XII.    MODIFICATION OF AGREEMENT

This Agreement may not be modified or amended except in writing, signed by the respective counsel of record for the Settling Parties and as approved by the Court.

## XIII.  CONSTRUCTION AND INTERPRETATION

This Agreement, along with Exhibits, constitute the entire agreement between the Settling Parties.  Except as expressly provided herein, this Agreement has not been executed in reliance upon any other oral or written representations or terms, and no such extrinsic oral or written representations or terms shall modify, vary or contradict its terms.  In entering into this Agreement, the Settling Parties agree that this Agreement is to be construed according to its terms and may not be varied or contradicted by extrinsic evidence.  This Agreement shall be construed as a whole according to its fair meaning and intent, and not strictly for or against any party, regardless of who drafted or who was principally responsible for drafting this Agreement, or any specific term or

condition thereof.  The Named Plaintiffs and Defendant each participated in the negotiation and drafting of this Agreement and had available to them the advice and assistance of independent counsel.  As such, neither the Named Plaintiff or Opt-In Plaintiffs, nor Defendant may claim that any ambiguity in this Agreement should be construed against the other.

## XIV.   COUNTERPARTS

This Agreement, any amendments or modifications to it, and any other documents required or contemplated to be executed in order to consummate this Agreement, may be executed in one or more counterparts, each of which shall be deemed an original of this Agreement.   All counterparts of any such document together shall constitute one and the same instrument.   A photocopy, facsimile, or digital image of an executed counterpart shall be enforceable and admissible as an original.

## XV.   BINDING EFFECT

This Agreement is binding upon and shall inure to the benefit of the Settling Parties to this Agreement, as well as their respective attorneys, and subsidiaries, affiliates, business units, members, shareholders, and their predecessors and successors, officers, directors, agents, employees and assigns.  Without limiting the foregoing, this Agreement specifically shall be binding upon the spouses, children, heirs, assigns, successors and offspring of all Qualified Claimants.

## XVI.   ATTORNEY FEES AND COSTS

Except as otherwise specifically provided herein, the Settling Parties and all Qualified Claimants shall bear responsibility for their own attorneys' fees and costs incurred by them or arising out of this litigation and shall not seek reimbursement thereof from any party to this Agreement.  However, in the event of any dispute to enforce the terms of this Agreement, the

Prevailing Party shall be entitled to an award of their reasonable attorneys' fees and costs from the non-prevailing party.

## XVII. **AUTHORITY OF COUNSEL**

Counsel for the Named Plaintiffs warrant and represent that they are expressly authorized by the Named Plaintiff to take all appropriate action required or permitted to be taken pursuant to this Agreement in order to effectuate its terms. Counsel for Defendant warrant and represent that they are authorized to take all appropriate action required or permitted to be taken by Defendant pursuant to this Agreement in order to effectuate its terms.

## XVIII. **CONTINUING JURISDICTION**

This Agreement shall be subject to, governed by, construed, enforced and administered in accordance with the laws of the State of Florida, both in its procedural and substantive aspects, and without regard for the principle of conflict of laws. Venue for any dispute arising hereunder shall be exclusively in United States District Court in the Southern District of Florida. Upon filing a motion for approval of the Agreement as provided for herein, the Parties agree to move that the Court take and retain continuing jurisdiction to construe, interpret and enforce the provisions of this Agreement; to supervise the administration and distribution of the resulting settlement funds; and to hear and adjudicate any dispute or litigation arising from or related to this Agreement.

DocuSigned by:

*Joel Paulot*

JOEL PAULOT

1/15/2019

Date

DocuSigned by:

GARRY JEAN

1/17/2019

Date

DocuSign Envelope ID: 547E2003-426B-473D-A693-EA0859073B9F

_____          1/17/2019
FENEL JH PETIT-HOMME                                _____
                                                    Date

_____          1/16/2019
ANGELIA SISTRUNK                                    _____
                                                    Date

_____          1/19/2019
KENNETH PINNOCK                                     _____
                                                    Date

_____          1/25/19
THE SCHOOL BOARD OF  PALM BEACH                     _____
COUNTY, FLORIDA                                     Date

_____
Superintendent          1/25/19

20

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1000804 | 108.70 | 108.70 | 217.40 |
| 1003267 | 108.70 | 108.70 | 217.40 |
| 1003787 | 140.09 | 140.09 | 280.18 |
| 1003897 | 223.79 | 223.79 | 447.58 |
| 1005881 | 171.48 | 171.48 | 342.96 |
| 1005885 | 202.86 | 202.86 | 405.72 |
| 1006440 | 150.55 | 150.55 | 301.10 |
| 1006588 | 213.33 | 213.33 | 426.66 |
| 1007395 | 181.94 | 181.94 | 363.88 |
| 1008467 | 244.71 | 244.71 | 489.42 |
| 1008558 | 234.25 | 234.25 | 468.50 |
| 1008658 | 45.93 | 45.93 | 91.86 |
| 1009419 | 108.70 | 108.70 | 217.40 |
| 1009676 | 234.25 | 234.25 | 468.50 |
| 1009977 | 161.01 | 161.01 | 322.02 |
| 1010246 | 45.93 | 45.93 | 91.86 |
| 1010631 | 234.25 | 234.25 | 468.50 |
| 1011775 | 223.79 | 223.79 | 447.58 |
| 1012293 | 192.40 | 192.40 | 384.80 |
| 1012876 | 192.40 | 192.40 | 384.80 |
| 1013501 | 181.94 | 181.94 | 363.88 |
| 1013575 | 35.46 | 35.46 | 70.92 |
| 1013894 | 45.93 | 45.93 | 91.86 |
| 1015851 | 98.24 | 98.24 | 196.48 |
| 1018903 | 161.01 | 161.01 | 322.02 |
| 1019379 | 119.16 | 119.16 | 238.32 |
| 1019380 | 35.46 | 35.46 | 70.92 |
| 1019648 | 77.31 | 77.31 | 154.62 |
| 1020464 | 45.93 | 45.93 | 91.86 |
| 1020498 | 181.94 | 181.94 | 363.88 |
| 1020664 | 140.09 | 140.09 | 280.18 |
| 1020679 | 140.09 | 140.09 | 280.18 |
| 1020717 | 129.63 | 129.63 | 259.26 |
| 1020802 | 192.40 | 192.40 | 384.80 |
| 1021005 | 87.78 | 87.78 | 175.56 |
| 1021041 | 265.64 | 265.64 | 531.28 |
| 1021164 | 213.33 | 213.33 | 426.66 |
| 1021482 | 35.46 | 35.46 | 70.92 |
| 1021800 | 140.09 | 140.09 | 280.18 |
| 1021836 | 119.16 | 119.16 | 238.32 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1021996 | 150.55 | 150.55 | 301.10 |
| 1022187 | 234.25 | 234.25 | 468.50 |
| 1022308 | 244.71 | 244.71 | 489.42 |
| 1022323 | 35.46 | 35.46 | 70.92 |
| 1022384 | 108.70 | 108.70 | 217.40 |
| 1022432 | 87.78 | 87.78 | 175.56 |
| 1022468 | 119.16 | 119.16 | 238.32 |
| 1022565 | 98.24 | 98.24 | 196.48 |
| 1022569 | 223.79 | 223.79 | 447.58 |
| 1022609 | 98.24 | 98.24 | 196.48 |
| 1022669 | 98.24 | 98.24 | 196.48 |
| 1022721 | 119.16 | 119.16 | 238.32 |
| 1022730 | 45.93 | 45.93 | 91.86 |
| 1022753 | 244.71 | 244.71 | 489.42 |
| 1022765 | 202.86 | 202.86 | 405.72 |
| 1022771 | 181.94 | 181.94 | 363.88 |
| 1022789 | 140.09 | 140.09 | 280.18 |
| 1022804 | 255.18 | 255.18 | 510.36 |
| 1022812 | 77.31 | 77.31 | 154.62 |
| 1022950 | 213.33 | 213.33 | 426.66 |
| 1023068 | 119.16 | 119.16 | 238.32 |
| 1023135 | 77.31 | 77.31 | 154.62 |
| 1023153 | 192.40 | 192.40 | 384.80 |
| 1023158 | 244.71 | 244.71 | 489.42 |
| 1023272 | 87.78 | 87.78 | 175.56 |
| 1023289 | 98.24 | 98.24 | 196.48 |
| 1023377 | 56.39 | 56.39 | 112.78 |
| 1023443 | 119.16 | 119.16 | 238.32 |
| 1023486 | 35.46 | 35.46 | 70.92 |
| 1023511 | 181.94 | 181.94 | 363.88 |
| 1023581 | 171.48 | 171.48 | 342.96 |
| 1023651 | 140.09 | 140.09 | 280.18 |
| 1023789 | 150.55 | 150.55 | 301.10 |
| 1023947 | 140.09 | 140.09 | 280.18 |
| 1024227 | 66.85 | 66.85 | 133.70 |
| 1024332 | 192.40 | 192.40 | 384.80 |
| 1024337 | 161.01 | 161.01 | 322.02 |
| 1024404 | 244.71 | 244.71 | 489.42 |
| 1024433 | 276.10 | 276.10 | 552.20 |
| 1024458 | 255.18 | 255.18 | 510.36 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1024496 | 56.39 | 56.39 | 112.78 |
| 1024509 | 108.70 | 108.70 | 217.40 |
| 1024531 | 223.79 | 223.79 | 447.58 |
| 1024585 | 202.86 | 202.86 | 405.72 |
| 1024621 | 66.85 | 66.85 | 133.70 |
| 1024651 | 119.16 | 119.16 | 238.32 |
| 1025313 | 140.09 | 140.09 | 280.18 |
| 1025623 | 35.46 | 35.46 | 70.92 |
| 1025713 | 98.24 | 98.24 | 196.48 |
| 1025719 | 98.24 | 98.24 | 196.48 |
| 1025747 | 108.70 | 108.70 | 217.40 |
| 1025761 | 119.16 | 119.16 | 238.32 |
| 1025876 | 255.18 | 255.18 | 510.36 |
| 1025877 | 35.46 | 35.46 | 70.92 |
| 1025939 | 119.16 | 119.16 | 238.32 |
| 1025963 | 77.31 | 77.31 | 154.62 |
| 1025982 | 66.85 | 66.85 | 133.70 |
| 1025997 | 181.94 | 181.94 | 363.88 |
| 1026005 | 77.31 | 77.31 | 154.62 |
| 1026251 | 45.93 | 45.93 | 91.86 |
| 1026268 | 244.71 | 244.71 | 489.42 |
| 1026273 | 119.16 | 119.16 | 238.32 |
| 1026294 | 35.46 | 35.46 | 70.92 |
| 1026299 | 181.94 | 181.94 | 363.88 |
| 1026544 | 140.09 | 140.09 | 280.18 |
| 1026559 | 161.01 | 161.01 | 322.02 |
| 1026580 | 87.78 | 87.78 | 175.56 |
| 1026644 | 161.01 | 161.01 | 322.02 |
| 1026784 | 87.78 | 87.78 | 175.56 |
| 1026813 | 234.25 | 234.25 | 468.50 |
| 1026825 | 56.39 | 56.39 | 112.78 |
| 1026932 | 98.24 | 98.24 | 196.48 |
| 1027048 | 223.79 | 223.79 | 447.58 |
| 1027049 | 129.63 | 129.63 | 259.26 |
| 1027147 | 171.48 | 171.48 | 342.96 |
| 1027148 | 213.33 | 213.33 | 426.66 |
| 1027454 | 35.46 | 35.46 | 70.92 |
| 1027729 | 56.39 | 56.39 | 112.78 |
| 1027730 | 213.33 | 213.33 | 426.66 |
| 1027783 | 223.79 | 223.79 | 447.58 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|--------|--------------|--------------------------|------------------|
| 1028067 | 87.78 | 87.78 | 175.56 |
| 1028078 | 223.79 | 223.79 | 447.58 |
| 1028080 | 45.93 | 45.93 | 91.86 |
| 1028151 | 150.55 | 150.55 | 301.10 |
| 1028171 | 192.40 | 192.40 | 384.80 |
| 1028194 | 66.85 | 66.85 | 133.70 |
| 1028201 | 98.24 | 98.24 | 196.48 |
| 1028281 | 45.93 | 45.93 | 91.86 |
| 1028313 | 77.31 | 77.31 | 154.62 |
| 1028473 | 119.16 | 119.16 | 238.32 |
| 1028613 | 66.85 | 66.85 | 133.70 |
| 1028662 | 171.48 | 171.48 | 342.96 |
| 1028733 | 150.55 | 150.55 | 301.10 |
| 1029336 | 161.01 | 161.01 | 322.02 |
| 1029343 | 108.70 | 108.70 | 217.40 |
| 1029543 | 202.86 | 202.86 | 405.72 |
| 1029618 | 87.78 | 87.78 | 175.56 |
| 1029630 | 213.33 | 213.33 | 426.66 |
| 1029778 | 161.01 | 161.01 | 322.02 |
| 1029801 | 66.85 | 66.85 | 133.70 |
| 1029946 | 140.09 | 140.09 | 280.18 |
| 1029948 | 45.93 | 45.93 | 91.86 |
| 1029950 | 35.46 | 35.46 | 70.92 |
| 1030116 | 66.85 | 66.85 | 133.70 |
| 1030212 | 181.94 | 181.94 | 363.88 |
| 1030428 | 35.46 | 35.46 | 70.92 |
| 1030738 | 192.40 | 192.40 | 384.80 |
| 1031337 | 56.39 | 56.39 | 112.78 |
| 1031625 | 98.24 | 98.24 | 196.48 |
| 1031852 | 255.18 | 255.18 | 510.36 |
| 1031988 | 129.63 | 129.63 | 259.26 |
| 1031990 | 98.24 | 98.24 | 196.48 |
| 1032085 | 87.78 | 87.78 | 175.56 |
| 1032531 | 35.46 | 35.46 | 70.92 |
| 1032736 | 140.09 | 140.09 | 280.18 |
| 1032852 | 150.55 | 150.55 | 301.10 |
| 1033038 | 87.78 | 87.78 | 175.56 |
| 1033107 | 234.25 | 234.25 | 468.50 |
| 1033416 | 223.79 | 223.79 | 447.58 |
| 1034212 | 192.40 | 192.40 | 384.80 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1036476 | 108.70 | 108.70 | 217.40 |
| 1036581 | 192.40 | 192.40 | 384.80 |
| 1037196 | 223.79 | 223.79 | 447.58 |
| 1037700 | 171.48 | 171.48 | 342.96 |
| 1038832 | 98.24 | 98.24 | 196.48 |
| 1038905 | 98.24 | 98.24 | 196.48 |
| 1038932 | 45.93 | 45.93 | 91.86 |
| 1039045 | 265.64 | 265.64 | 531.28 |
| 1040551 | 255.18 | 255.18 | 510.36 |
| 1040658 | 223.79 | 223.79 | 447.58 |
| 1041631 | 45.93 | 45.93 | 91.86 |
| 1041952 | 192.40 | 192.40 | 384.80 |
| 1042125 | 140.09 | 140.09 | 280.18 |
| 1042466 | 150.55 | 150.55 | 301.10 |
| 1042674 | 255.18 | 255.18 | 510.36 |
| 1042941 | 66.85 | 66.85 | 133.70 |
| 1042968 | 56.39 | 56.39 | 112.78 |
| 1042976 | 213.33 | 213.33 | 426.66 |
| 1043021 | 35.46 | 35.46 | 70.92 |
| 1043349 | 202.86 | 202.86 | 405.72 |
| 1043565 | 161.01 | 161.01 | 322.02 |
| 1043791 | 223.79 | 223.79 | 447.58 |
| 1043823 | 234.25 | 234.25 | 468.50 |
| 1044656 | 140.09 | 140.09 | 280.18 |
| 1044704 | 45.93 | 45.93 | 91.86 |
| 1044960 | 181.94 | 181.94 | 363.88 |
| 1045035 | 119.16 | 119.16 | 238.32 |
| 1045768 | 213.33 | 213.33 | 426.66 |
| 1045890 | 234.25 | 234.25 | 468.50 |
| 1046123 | 56.39 | 56.39 | 112.78 |
| 1046128 | 161.01 | 161.01 | 322.02 |
| 1046766 | 234.25 | 234.25 | 468.50 |
| 1046943 | 213.33 | 213.33 | 426.66 |
| 1047373 | 56.39 | 56.39 | 112.78 |
| 1047465 | 192.40 | 192.40 | 384.80 |
| 1047752 | 45.93 | 45.93 | 91.86 |
| 1047845 | 45.93 | 45.93 | 91.86 |
| 1047989 | 255.18 | 255.18 | 510.36 |
| 1048144 | 234.25 | 234.25 | 468.50 |
| 1048165 | 66.85 | 66.85 | 133.70 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|--------|--------------|--------------------------|------------------|
| 1048426 | 265.64 | 265.64 | 531.28 |
| 1048497 | 161.01 | 161.01 | 322.02 |
| 1049258 | 244.71 | 244.71 | 489.42 |
| 1050178 | 77.31 | 77.31 | 154.62 |
| 1050427 | 129.63 | 129.63 | 259.26 |
| 1050535 | 98.24 | 98.24 | 196.48 |
| 1050972 | 129.63 | 129.63 | 259.26 |
| 1051064 | 56.39 | 56.39 | 112.78 |
| 1051194 | 234.25 | 234.25 | 468.50 |
| 1051458 | 213.33 | 213.33 | 426.66 |
| 1051973 | 213.33 | 213.33 | 426.66 |
| 1052018 | 87.78 | 87.78 | 175.56 |
| 1052259 | 108.70 | 108.70 | 217.40 |
| 1052318 | 108.70 | 108.70 | 217.40 |
| 1052457 | 45.93 | 45.93 | 91.86 |
| 1052582 | 87.78 | 87.78 | 175.56 |
| 1052629 | 129.63 | 129.63 | 259.26 |
| 1052631 | 98.24 | 98.24 | 196.48 |
| 1052930 | 77.31 | 77.31 | 154.62 |
| 1053438 | 202.86 | 202.86 | 405.72 |
| 1053888 | 181.94 | 181.94 | 363.88 |
| 1053893 | 35.46 | 35.46 | 70.92 |
| 1054000 | 223.79 | 223.79 | 447.58 |
| 1054362 | 129.63 | 129.63 | 259.26 |
| 1054671 | 234.25 | 234.25 | 468.50 |
| 1055672 | 171.48 | 171.48 | 342.96 |
| 1055704 | 87.78 | 87.78 | 175.56 |
| 1055859 | 161.01 | 161.01 | 322.02 |
| 1056012 | 171.48 | 171.48 | 342.96 |
| 1056076 | 202.86 | 202.86 | 405.72 |
| 1056224 | 77.31 | 77.31 | 154.62 |
| 1056332 | 108.70 | 108.70 | 217.40 |
| 1056936 | 87.78 | 87.78 | 175.56 |
| 1057666 | 35.46 | 35.46 | 70.92 |
| 1060230 | 87.78 | 87.78 | 175.56 |
| 1060988 | 140.09 | 140.09 | 280.18 |
| 1061047 | 35.46 | 35.46 | 70.92 |
| 1062680 | 161.01 | 161.01 | 322.02 |
| 1062905 | 171.48 | 171.48 | 342.96 |
| 1062912 | 45.93 | 45.93 | 91.86 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1063325 | 202.86 | 202.86 | 405.72 |
| 1063356 | 213.33 | 213.33 | 426.66 |
| 1063705 | 56.39 | 56.39 | 112.78 |
| 1064004 | 87.78 | 87.78 | 175.56 |
| 1066806 | 77.31 | 77.31 | 154.62 |
| 1066906 | 171.48 | 171.48 | 342.96 |
| 1067905 | 45.93 | 45.93 | 91.86 |
| 1068147 | 171.48 | 171.48 | 342.96 |
| 1069698 | 223.79 | 223.79 | 447.58 |
| 1070041 | 45.93 | 45.93 | 91.86 |
| 1070381 | 66.85 | 66.85 | 133.70 |
| 1070879 | 129.63 | 129.63 | 259.26 |
| 1070937 | 213.33 | 213.33 | 426.66 |
| 1071336 | 171.48 | 171.48 | 342.96 |
| 1071347 | 171.48 | 171.48 | 342.96 |
| 1071461 | 45.93 | 45.93 | 91.86 |
| 1071553 | 35.46 | 35.46 | 70.92 |
| 1071941 | 129.63 | 129.63 | 259.26 |
| 1072413 | 140.09 | 140.09 | 280.18 |
| 1072444 | 129.63 | 129.63 | 259.26 |
| 1072680 | 66.85 | 66.85 | 133.70 |
| 1072682 | 150.55 | 150.55 | 301.10 |
| 1072881 | 202.86 | 202.86 | 405.72 |
| 1072955 | 98.24 | 98.24 | 196.48 |
| 1073023 | 192.40 | 192.40 | 384.80 |
| 1073282 | 119.16 | 119.16 | 238.32 |
| 1073330 | 213.33 | 213.33 | 426.66 |
| 1073600 | 77.31 | 77.31 | 154.62 |
| 1073607 | 35.46 | 35.46 | 70.92 |
| 1073609 | 108.70 | 108.70 | 217.40 |
| 1074287 | 108.70 | 108.70 | 217.40 |
| 1074480 | 150.55 | 150.55 | 301.10 |
| 1074606 | 98.24 | 98.24 | 196.48 |
| 1074622 | 213.33 | 213.33 | 426.66 |
| 1074626 | 202.86 | 202.86 | 405.72 |
| 1074815 | 119.16 | 119.16 | 238.32 |
| 1074816 | 202.86 | 202.86 | 405.72 |
| 1074824 | 119.16 | 119.16 | 238.32 |
| 1074908 | 213.33 | 213.33 | 426.66 |
| 1074921 | 140.09 | 140.09 | 280.18 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1074923 | 108.70 | 108.70 | 217.40 |
| 1074959 | 129.63 | 129.63 | 259.26 |
| 1074963 | 161.01 | 161.01 | 322.02 |
| 1075096 | 171.48 | 171.48 | 342.96 |
| 1075350 | 192.40 | 192.40 | 384.80 |
| 1075566 | 223.79 | 223.79 | 447.58 |
| 1075776 | 77.31 | 77.31 | 154.62 |
| 1075973 | 56.39 | 56.39 | 112.78 |
| 1076163 | 66.85 | 66.85 | 133.70 |
| 1076195 | 56.39 | 56.39 | 112.78 |
| 1076309 | 234.25 | 234.25 | 468.50 |
| 1076583 | 66.85 | 66.85 | 133.70 |
| 1076695 | 192.40 | 192.40 | 384.80 |
| 1076696 | 87.78 | 87.78 | 175.56 |
| 1076701 | 140.09 | 140.09 | 280.18 |
| 1076976 | 223.79 | 223.79 | 447.58 |
| 1077136 | 45.93 | 45.93 | 91.86 |
| 1077180 | 223.79 | 223.79 | 447.58 |
| 1077271 | 223.79 | 223.79 | 447.58 |
| 1077273 | 150.55 | 150.55 | 301.10 |
| 1077299 | 213.33 | 213.33 | 426.66 |
| 1077697 | 234.25 | 234.25 | 468.50 |
| 1077700 | 181.94 | 181.94 | 363.88 |
| 1077733 | 192.40 | 192.40 | 384.80 |
| 1077756 | 150.55 | 150.55 | 301.10 |
| 1077758 | 202.86 | 202.86 | 405.72 |
| 1077774 | 181.94 | 181.94 | 363.88 |
| 1077906 | 77.31 | 77.31 | 154.62 |
| 1078349 | 35.46 | 35.46 | 70.92 |
| 1078430 | 161.01 | 161.01 | 322.02 |
| 1078564 | 171.48 | 171.48 | 342.96 |
| 1078632 | 244.71 | 244.71 | 489.42 |
| 1079086 | 244.71 | 244.71 | 489.42 |
| 1079087 | 161.01 | 161.01 | 322.02 |
| 1079160 | 244.71 | 244.71 | 489.42 |
| 1079220 | 181.94 | 181.94 | 363.88 |
| 1079222 | 244.71 | 244.71 | 489.42 |
| 1079223 | 108.70 | 108.70 | 217.40 |
| 1079770 | 161.01 | 161.01 | 322.02 |
| 1080500 | 223.79 | 223.79 | 447.58 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1080563 | 77.31 | 77.31 | 154.62 |
| 1080568 | 213.33 | 213.33 | 426.66 |
| 1080573 | 150.55 | 150.55 | 301.10 |
| 1080628 | 77.31 | 77.31 | 154.62 |
| 1080903 | 223.79 | 223.79 | 447.58 |
| 1083126 | 108.70 | 108.70 | 217.40 |
| 1083320 | 35.46 | 35.46 | 70.92 |
| 1084161 | 140.09 | 140.09 | 280.18 |
| 1084401 | 108.70 | 108.70 | 217.40 |
| 1084415 | 171.48 | 171.48 | 342.96 |
| 1084478 | 223.79 | 223.79 | 447.58 |
| 1085140 | 202.86 | 202.86 | 405.72 |
| 1085170 | 244.71 | 244.71 | 489.42 |
| 1085358 | 255.18 | 255.18 | 510.36 |
| 1085368 | 77.31 | 77.31 | 154.62 |
| 1085441 | 223.79 | 223.79 | 447.58 |
| 1085493 | 140.09 | 140.09 | 280.18 |
| 1085917 | 119.16 | 119.16 | 238.32 |
| 1086085 | 56.39 | 56.39 | 112.78 |
| 1086134 | 244.71 | 244.71 | 489.42 |
| 1086247 | 66.85 | 66.85 | 133.70 |
| 1086416 | 45.93 | 45.93 | 91.86 |
| 1086455 | 202.86 | 202.86 | 405.72 |
| 1086459 | 213.33 | 213.33 | 426.66 |
| 1086464 | 161.01 | 161.01 | 322.02 |
| 1086921 | 192.40 | 192.40 | 384.80 |
| 1086998 | 202.86 | 202.86 | 405.72 |
| 1087154 | 35.46 | 35.46 | 70.92 |
| 1087224 | 140.09 | 140.09 | 280.18 |
| 1087389 | 119.16 | 119.16 | 238.32 |
| 1087417 | 213.33 | 213.33 | 426.66 |
| 1087549 | 161.01 | 161.01 | 322.02 |
| 1087721 | 213.33 | 213.33 | 426.66 |
| 1087731 | 213.33 | 213.33 | 426.66 |
| 1087934 | 77.31 | 77.31 | 154.62 |
| 1087964 | 234.25 | 234.25 | 468.50 |
| 1087967 | 98.24 | 98.24 | 196.48 |
| 1088272 | 56.39 | 56.39 | 112.78 |
| 1088615 | 161.01 | 161.01 | 322.02 |
| 1088684 | 119.16 | 119.16 | 238.32 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1088763 | 181.94 | 181.94 | 363.88 |
| 1088795 | 202.86 | 202.86 | 405.72 |
| 1089347 | 87.78 | 87.78 | 175.56 |
| 1089444 | 129.63 | 129.63 | 259.26 |
| 1089492 | 223.79 | 223.79 | 447.58 |
| 1089503 | 223.79 | 223.79 | 447.58 |
| 1089837 | 108.70 | 108.70 | 217.40 |
| 1090456 | 119.16 | 119.16 | 238.32 |
| 1090487 | 56.39 | 56.39 | 112.78 |
| 1090488 | 150.55 | 150.55 | 301.10 |
| 1090599 | 66.85 | 66.85 | 133.70 |
| 1091376 | 87.78 | 87.78 | 175.56 |
| 1091780 | 192.40 | 192.40 | 384.80 |
| 1091906 | 244.71 | 244.71 | 489.42 |
| 1092008 | 35.46 | 35.46 | 70.92 |
| 1092017 | 140.09 | 140.09 | 280.18 |
| 1092211 | 244.71 | 244.71 | 489.42 |
| 1092275 | 202.86 | 202.86 | 405.72 |
| 1092393 | 192.40 | 192.40 | 384.80 |
| 1092668 | 140.09 | 140.09 | 280.18 |
| 1092755 | 202.86 | 202.86 | 405.72 |
| 1092874 | 213.33 | 213.33 | 426.66 |
| 1093551 | 87.78 | 87.78 | 175.56 |
| 1093619 | 171.48 | 171.48 | 342.96 |
| 1093928 | 56.39 | 56.39 | 112.78 |
| 1093950 | 56.39 | 56.39 | 112.78 |
| 1093986 | 35.46 | 35.46 | 70.92 |
| 1093992 | 213.33 | 213.33 | 426.66 |
| 1093998 | 265.64 | 265.64 | 531.28 |
| 1094027 | 56.39 | 56.39 | 112.78 |
| 1094268 | 150.55 | 150.55 | 301.10 |
| 1094415 | 87.78 | 87.78 | 175.56 |
| 1094744 | 98.24 | 98.24 | 196.48 |
| 1094781 | 77.31 | 77.31 | 154.62 |
| 1094797 | 192.40 | 192.40 | 384.80 |
| 1095060 | 244.71 | 244.71 | 489.42 |
| 1095306 | 213.33 | 213.33 | 426.66 |
| 1095826 | 161.01 | 161.01 | 322.02 |
| 1095855 | 87.78 | 87.78 | 175.56 |
| 1095994 | 108.70 | 108.70 | 217.40 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|--------|---------------|--------------------------|------------------|
| 1096018 | 45.93 | 45.93 | 91.86 |
| 1096026 | 161.01 | 161.01 | 322.02 |
| 1096055 | 202.86 | 202.86 | 405.72 |
| 1096109 | 202.86 | 202.86 | 405.72 |
| 1096128 | 140.09 | 140.09 | 280.18 |
| 1096185 | 66.85 | 66.85 | 133.70 |
| 1096392 | 213.33 | 213.33 | 426.66 |
| 1096560 | 129.63 | 129.63 | 259.26 |
| 1096565 | 265.64 | 265.64 | 531.28 |
| 1096755 | 244.71 | 244.71 | 489.42 |
| 1096827 | 234.25 | 234.25 | 468.50 |
| 1096884 | 161.01 | 161.01 | 322.02 |
| 1096889 | 35.46 | 35.46 | 70.92 |
| 1096983 | 192.40 | 192.40 | 384.80 |
| 1096994 | 66.85 | 66.85 | 133.70 |
| 1096998 | 129.63 | 129.63 | 259.26 |
| 1097364 | 150.55 | 150.55 | 301.10 |
| 1097370 | 161.01 | 161.01 | 322.02 |
| 1097482 | 119.16 | 119.16 | 238.32 |
| 1097486 | 45.93 | 45.93 | 91.86 |
| 1097641 | 45.93 | 45.93 | 91.86 |
| 1097810 | 87.78 | 87.78 | 175.56 |
| 1098292 | 202.86 | 202.86 | 405.72 |
| 1098556 | 119.16 | 119.16 | 238.32 |
| 1098735 | 161.01 | 161.01 | 322.02 |
| 1098824 | 108.70 | 108.70 | 217.40 |
| 1099095 | 192.40 | 192.40 | 384.80 |
| 1099116 | 161.01 | 161.01 | 322.02 |
| 1099232 | 119.16 | 119.16 | 238.32 |
| 1099295 | 77.31 | 77.31 | 154.62 |
| 1099694 | 56.39 | 56.39 | 112.78 |
| 1099744 | 35.46 | 35.46 | 70.92 |
| 1099984 | 87.78 | 87.78 | 175.56 |
| 1100050 | 45.93 | 45.93 | 91.86 |
| 1100086 | 35.46 | 35.46 | 70.92 |
| 1100103 | 202.86 | 202.86 | 405.72 |
| 1100119 | 45.93 | 45.93 | 91.86 |
| 1100245 | 66.85 | 66.85 | 133.70 |
| 1100266 | 244.71 | 244.71 | 489.42 |
| 1100452 | 255.18 | 255.18 | 510.36 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1100780 | 213.33 | 213.33 | 426.66 |
| 1100912 | 87.78 | 87.78 | 175.56 |
| 1100971 | 213.33 | 213.33 | 426.66 |
| 1100975 | 171.48 | 171.48 | 342.96 |
| 1101077 | 119.16 | 119.16 | 238.32 |
| 1101121 | 202.86 | 202.86 | 405.72 |
| 1101188 | 161.01 | 161.01 | 322.02 |
| 1101239 | 66.85 | 66.85 | 133.70 |
| 1101303 | 181.94 | 181.94 | 363.88 |
| 1101340 | 181.94 | 181.94 | 363.88 |
| 1101724 | 119.16 | 119.16 | 238.32 |
| 1101764 | 66.85 | 66.85 | 133.70 |
| 1101839 | 192.40 | 192.40 | 384.80 |
| 1101851 | 244.71 | 244.71 | 489.42 |
| 1102076 | 129.63 | 129.63 | 259.26 |
| 1102281 | 234.25 | 234.25 | 468.50 |
| 1102328 | 56.39 | 56.39 | 112.78 |
| 1102411 | 35.46 | 35.46 | 70.92 |
| 1102483 | 223.79 | 223.79 | 447.58 |
| 1102647 | 119.16 | 119.16 | 238.32 |
| 1103065 | 66.85 | 66.85 | 133.70 |
| 1103942 | 87.78 | 87.78 | 175.56 |
| 1104200 | 202.86 | 202.86 | 405.72 |
| 1104207 | 35.46 | 35.46 | 70.92 |
| 1104225 | 45.93 | 45.93 | 91.86 |
| 1104234 | 87.78 | 87.78 | 175.56 |
| 1104238 | 150.55 | 150.55 | 301.10 |
| 1104289 | 192.40 | 192.40 | 384.80 |
| 1104411 | 234.25 | 234.25 | 468.50 |
| 1104507 | 192.40 | 192.40 | 384.80 |
| 1104736 | 234.25 | 234.25 | 468.50 |
| 1104738 | 140.09 | 140.09 | 280.18 |
| 1105177 | 140.09 | 140.09 | 280.18 |
| 1105396 | 35.46 | 35.46 | 70.92 |
| 1105457 | 202.86 | 202.86 | 405.72 |
| 1105662 | 119.16 | 119.16 | 238.32 |
| 1105761 | 181.94 | 181.94 | 363.88 |
| 1105880 | 35.46 | 35.46 | 70.92 |
| 1105954 | 213.33 | 213.33 | 426.66 |
| 1106241 | 213.33 | 213.33 | 426.66 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|--------|--------------|--------------------------|------------------|
| 1106266 | 181.94 | 181.94 | 363.88 |
| 1106439 | 192.40 | 192.40 | 384.80 |
| 1106505 | 202.86 | 202.86 | 405.72 |
| 1106557 | 98.24 | 98.24 | 196.48 |
| 1107028 | 192.40 | 192.40 | 384.80 |
| 1107032 | 234.25 | 234.25 | 468.50 |
| 1107083 | 171.48 | 171.48 | 342.96 |
| 1107119 | 202.86 | 202.86 | 405.72 |
| 1107274 | 108.70 | 108.70 | 217.40 |
| 1107408 | 223.79 | 223.79 | 447.58 |
| 1107421 | 223.79 | 223.79 | 447.58 |
| 1107473 | 87.78 | 87.78 | 175.56 |
| 1107485 | 35.46 | 35.46 | 70.92 |
| 1109205 | 77.31 | 77.31 | 154.62 |
| 1109206 | 223.79 | 223.79 | 447.58 |
| 1109207 | 202.86 | 202.86 | 405.72 |
| 1109223 | 140.09 | 140.09 | 280.18 |
| 1109233 | 202.86 | 202.86 | 405.72 |
| 1109238 | 202.86 | 202.86 | 405.72 |
| 1109239 | 87.78 | 87.78 | 175.56 |
| 1109241 | 192.40 | 192.40 | 384.80 |
| 1109249 | 161.01 | 161.01 | 322.02 |
| 1109412 | 140.09 | 140.09 | 280.18 |
| 1109455 | 192.40 | 192.40 | 384.80 |
| 1109496 | 35.46 | 35.46 | 70.92 |
| 1109656 | 150.55 | 150.55 | 301.10 |
| 1109662 | 244.71 | 244.71 | 489.42 |
| 1109690 | 77.31 | 77.31 | 154.62 |
| 1109692 | 77.31 | 77.31 | 154.62 |
| 1111055 | 56.39 | 56.39 | 112.78 |
| 1111228 | 192.40 | 192.40 | 384.80 |
| 1111289 | 77.31 | 77.31 | 154.62 |
| 1111391 | 108.70 | 108.70 | 217.40 |
| 1111851 | 150.55 | 150.55 | 301.10 |
| 1112007 | 150.55 | 150.55 | 301.10 |
| 1112128 | 161.01 | 161.01 | 322.02 |
| 1112182 | 181.94 | 181.94 | 363.88 |
| 1112314 | 171.48 | 171.48 | 342.96 |
| 1112338 | 87.78 | 87.78 | 175.56 |
| 1112368 | 213.33 | 213.33 | 426.66 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1112382 | 35.46 | 35.46 | 70.92 |
| 1112429 | 98.24 | 98.24 | 196.48 |
| 1112432 | 150.55 | 150.55 | 301.10 |
| 1112449 | 45.93 | 45.93 | 91.86 |
| 1112604 | 35.46 | 35.46 | 70.92 |
| 1112658 | 213.33 | 213.33 | 426.66 |
| 1112846 | 129.63 | 129.63 | 259.26 |
| 1112848 | 35.46 | 35.46 | 70.92 |
| 1112854 | 140.09 | 140.09 | 280.18 |
| 1113073 | 77.31 | 77.31 | 154.62 |
| 1113172 | 171.48 | 171.48 | 342.96 |
| 1113178 | 35.46 | 35.46 | 70.92 |
| 1113364 | 56.39 | 56.39 | 112.78 |
| 1113605 | 150.55 | 150.55 | 301.10 |
| 1113673 | 234.25 | 234.25 | 468.50 |
| 1113718 | 150.55 | 150.55 | 301.10 |
| 1113731 | 87.78 | 87.78 | 175.56 |
| 1114457 | 192.40 | 192.40 | 384.80 |
| 1114458 | 161.01 | 161.01 | 322.02 |
| 1114462 | 56.39 | 56.39 | 112.78 |
| 1114467 | 181.94 | 181.94 | 363.88 |
| 1114469 | 181.94 | 181.94 | 363.88 |
| 1114471 | 161.01 | 161.01 | 322.02 |
| 1114476 | 255.18 | 255.18 | 510.36 |
| 1114507 | 56.39 | 56.39 | 112.78 |
| 1114508 | 161.01 | 161.01 | 322.02 |
| 1114515 | 202.86 | 202.86 | 405.72 |
| 1114524 | 202.86 | 202.86 | 405.72 |
| 1114578 | 87.78 | 87.78 | 175.56 |
| 1114585 | 45.93 | 45.93 | 91.86 |
| 1114588 | 202.86 | 202.86 | 405.72 |
| 1114607 | 150.55 | 150.55 | 301.10 |
| 1114611 | 35.46 | 35.46 | 70.92 |
| 1114623 | 150.55 | 150.55 | 301.10 |
| 1114686 | 213.33 | 213.33 | 426.66 |
| 1114713 | 140.09 | 140.09 | 280.18 |
| 1114766 | 119.16 | 119.16 | 238.32 |
| 1114805 | 223.79 | 223.79 | 447.58 |
| 1114910 | 98.24 | 98.24 | 196.48 |
| 1114931 | 202.86 | 202.86 | 405.72 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1114935 | 244.71 | 244.71 | 489.42 |
| 1114982 | 108.70 | 108.70 | 217.40 |
| 1115088 | 129.63 | 129.63 | 259.26 |
| 1115161 | 129.63 | 129.63 | 259.26 |
| 1115244 | 45.93 | 45.93 | 91.86 |
| 1115341 | 35.46 | 35.46 | 70.92 |
| 1115393 | 171.48 | 171.48 | 342.96 |
| 1115492 | 171.48 | 171.48 | 342.96 |
| 1115538 | 66.85 | 66.85 | 133.70 |
| 1115584 | 66.85 | 66.85 | 133.70 |
| 1115612 | 119.16 | 119.16 | 238.32 |
| 1115613 | 192.40 | 192.40 | 384.80 |
| 1115641 | 213.33 | 213.33 | 426.66 |
| 1115701 | 223.79 | 223.79 | 447.58 |
| 1115702 | 181.94 | 181.94 | 363.88 |
| 1116012 | 77.31 | 77.31 | 154.62 |
| 1116327 | 192.40 | 192.40 | 384.80 |
| 1116354 | 223.79 | 223.79 | 447.58 |
| 1116362 | 98.24 | 98.24 | 196.48 |
| 1116392 | 108.70 | 108.70 | 217.40 |
| 1116394 | 98.24 | 98.24 | 196.48 |
| 1116408 | 45.93 | 45.93 | 91.86 |
| 1116417 | 150.55 | 150.55 | 301.10 |
| 1116423 | 244.71 | 244.71 | 489.42 |
| 1116433 | 35.46 | 35.46 | 70.92 |
| 1116527 | 119.16 | 119.16 | 238.32 |
| 1116628 | 265.64 | 265.64 | 531.28 |
| 1116881 | 45.93 | 45.93 | 91.86 |
| 1116887 | 87.78 | 87.78 | 175.56 |
| 1116888 | 108.70 | 108.70 | 217.40 |
| 1116897 | 108.70 | 108.70 | 217.40 |
| 1116898 | 171.48 | 171.48 | 342.96 |
| 1116899 | 56.39 | 56.39 | 112.78 |
| 1116902 | 192.40 | 192.40 | 384.80 |
| 1116943 | 45.93 | 45.93 | 91.86 |
| 1117033 | 234.25 | 234.25 | 468.50 |
| 1117043 | 77.31 | 77.31 | 154.62 |
| 1117097 | 98.24 | 98.24 | 196.48 |
| 1117116 | 77.31 | 77.31 | 154.62 |
| 1117151 | 35.46 | 35.46 | 70.92 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1117173 | 56.39 | 56.39 | 112.78 |
| 1117197 | 77.31 | 77.31 | 154.62 |
| 1117309 | 213.33 | 213.33 | 426.66 |
| 1117316 | 192.40 | 192.40 | 384.80 |
| 1117318 | 213.33 | 213.33 | 426.66 |
| 1117330 | 202.86 | 202.86 | 405.72 |
| 1117466 | 192.40 | 192.40 | 384.80 |
| 1117475 | 45.93 | 45.93 | 91.86 |
| 1117480 | 108.70 | 108.70 | 217.40 |
| 1117486 | 192.40 | 192.40 | 384.80 |
| 1117549 | 66.85 | 66.85 | 133.70 |
| 1117589 | 234.25 | 234.25 | 468.50 |
| 1117631 | 234.25 | 234.25 | 468.50 |
| 1117644 | 202.86 | 202.86 | 405.72 |
| 1117678 | 66.85 | 66.85 | 133.70 |
| 1117701 | 223.79 | 223.79 | 447.58 |
| 1117812 | 66.85 | 66.85 | 133.70 |
| 1117970 | 56.39 | 56.39 | 112.78 |
| 1117977 | 45.93 | 45.93 | 91.86 |
| 1118014 | 171.48 | 171.48 | 342.96 |
| 1118274 | 129.63 | 129.63 | 259.26 |
| 1118307 | 223.79 | 223.79 | 447.58 |
| 1118492 | 56.39 | 56.39 | 112.78 |
| 1118520 | 66.85 | 66.85 | 133.70 |
| 1118547 | 181.94 | 181.94 | 363.88 |
| 1118564 | 35.46 | 35.46 | 70.92 |
| 1118638 | 56.39 | 56.39 | 112.78 |
| 1118671 | 45.93 | 45.93 | 91.86 |
| 1118807 | 98.24 | 98.24 | 196.48 |
| 1118866 | 234.25 | 234.25 | 468.50 |
| 1118894 | 140.09 | 140.09 | 280.18 |
| 1118943 | 129.63 | 129.63 | 259.26 |
| 1119058 | 98.24 | 98.24 | 196.48 |
| 1119099 | 77.31 | 77.31 | 154.62 |
| 1119136 | 171.48 | 171.48 | 342.96 |
| 1119158 | 35.46 | 35.46 | 70.92 |
| 1119167 | 66.85 | 66.85 | 133.70 |
| 1119218 | 35.46 | 35.46 | 70.92 |
| 1119224 | 244.71 | 244.71 | 489.42 |
| 1119339 | 35.46 | 35.46 | 70.92 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1119399 | 56.39 | 56.39 | 112.78 |
| 1119435 | 98.24 | 98.24 | 196.48 |
| 1119441 | 161.01 | 161.01 | 322.02 |
| 1119444 | 213.33 | 213.33 | 426.66 |
| 1119448 | 171.48 | 171.48 | 342.96 |
| 1119500 | 119.16 | 119.16 | 238.32 |
| 1119506 | 45.93 | 45.93 | 91.86 |
| 1119570 | 140.09 | 140.09 | 280.18 |
| 1119574 | 77.31 | 77.31 | 154.62 |
| 1119575 | 35.46 | 35.46 | 70.92 |
| 1119576 | 45.93 | 45.93 | 91.86 |
| 1119606 | 161.01 | 161.01 | 322.02 |
| 1119623 | 56.39 | 56.39 | 112.78 |
| 1119743 | 181.94 | 181.94 | 363.88 |
| 1119767 | 77.31 | 77.31 | 154.62 |
| 1119850 | 202.86 | 202.86 | 405.72 |
| 1119854 | 171.48 | 171.48 | 342.96 |
| 1119894 | 45.93 | 45.93 | 91.86 |
| 1119900 | 56.39 | 56.39 | 112.78 |
| 1119950 | 223.79 | 223.79 | 447.58 |
| 1119951 | 56.39 | 56.39 | 112.78 |
| 1119954 | 45.93 | 45.93 | 91.86 |
| 1119959 | 140.09 | 140.09 | 280.18 |
| 1119963 | 77.31 | 77.31 | 154.62 |
| 1119971 | 77.31 | 77.31 | 154.62 |
| 1119981 | 35.46 | 35.46 | 70.92 |
| 1119982 | 35.46 | 35.46 | 70.92 |
| 1119983 | 66.85 | 66.85 | 133.70 |
| 1120010 | 45.93 | 45.93 | 91.86 |
| 1120014 | 129.63 | 129.63 | 259.26 |
| 1120019 | 213.33 | 213.33 | 426.66 |
| 1120024 | 35.46 | 35.46 | 70.92 |
| 1120029 | 98.24 | 98.24 | 196.48 |
| 1120030 | 87.78 | 87.78 | 175.56 |
| 1120039 | 129.63 | 129.63 | 259.26 |
| 1120048 | 129.63 | 129.63 | 259.26 |
| 1120049 | 77.31 | 77.31 | 154.62 |
| 1120054 | 45.93 | 45.93 | 91.86 |
| 1120063 | 181.94 | 181.94 | 363.88 |
| 1120065 | 35.46 | 35.46 | 70.92 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1120069 | 66.85 | 66.85 | 133.70 |
| 1120079 | 150.55 | 150.55 | 301.10 |
| 1120080 | 129.63 | 129.63 | 259.26 |
| 1120084 | 108.70 | 108.70 | 217.40 |
| 1120086 | 87.78 | 87.78 | 175.56 |
| 1120129 | 108.70 | 108.70 | 217.40 |
| 1120173 | 35.46 | 35.46 | 70.92 |
| 1120180 | 181.94 | 181.94 | 363.88 |
| 1120216 | 45.93 | 45.93 | 91.86 |
| 1120217 | 98.24 | 98.24 | 196.48 |
| 1120225 | 192.40 | 192.40 | 384.80 |
| 1120257 | 213.33 | 213.33 | 426.66 |
| 1120272 | 45.93 | 45.93 | 91.86 |
| 1120273 | 192.40 | 192.40 | 384.80 |
| 1120274 | 202.86 | 202.86 | 405.72 |
| 1120305 | 181.94 | 181.94 | 363.88 |
| 1120365 | 171.48 | 171.48 | 342.96 |
| 1120384 | 150.55 | 150.55 | 301.10 |
| 1120408 | 56.39 | 56.39 | 112.78 |
| 1120409 | 234.25 | 234.25 | 468.50 |
| 1120416 | 98.24 | 98.24 | 196.48 |
| 1120419 | 202.86 | 202.86 | 405.72 |
| 1120440 | 129.63 | 129.63 | 259.26 |
| 1120461 | 213.33 | 213.33 | 426.66 |
| 1120467 | 150.55 | 150.55 | 301.10 |
| 1120477 | 234.25 | 234.25 | 468.50 |
| 1120482 | 234.25 | 234.25 | 468.50 |
| 1120485 | 129.63 | 129.63 | 259.26 |
| 1120487 | 181.94 | 181.94 | 363.88 |
| 1120519 | 150.55 | 150.55 | 301.10 |
| 1120540 | 77.31 | 77.31 | 154.62 |
| 1120583 | 223.79 | 223.79 | 447.58 |
| 1120709 | 56.39 | 56.39 | 112.78 |
| 1120716 | 223.79 | 223.79 | 447.58 |
| 1120821 | 56.39 | 56.39 | 112.78 |
| 1120916 | 161.01 | 161.01 | 322.02 |
| 1120930 | 35.46 | 35.46 | 70.92 |
| 1120984 | 119.16 | 119.16 | 238.32 |
| 1121206 | 35.46 | 35.46 | 70.92 |
| 1121394 | 45.93 | 45.93 | 91.86 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1121417 | 45.93 | 45.93 | 91.86 |
| 1121529 | 35.46 | 35.46 | 70.92 |
| 1121727 | 171.48 | 171.48 | 342.96 |
| 1121842 | 35.46 | 35.46 | 70.92 |
| 1122155 | 140.09 | 140.09 | 280.18 |
| 1122299 | 77.31 | 77.31 | 154.62 |
| 1122308 | 108.70 | 108.70 | 217.40 |
| 1122623 | 66.85 | 66.85 | 133.70 |
| 1122958 | 56.39 | 56.39 | 112.78 |
| 1123022 | 45.93 | 45.93 | 91.86 |
| 1123520 | 192.40 | 192.40 | 384.80 |
| 1123949 | 35.46 | 35.46 | 70.92 |
| 1124086 | 45.93 | 45.93 | 91.86 |
| 1124333 | 35.46 | 35.46 | 70.92 |
| 1124726 | 77.31 | 77.31 | 154.62 |
| 1124834 | 129.63 | 129.63 | 259.26 |
| 1124949 | 35.46 | 35.46 | 70.92 |
| 1124987 | 35.46 | 35.46 | 70.92 |
| 1124993 | 98.24 | 98.24 | 196.48 |
| 1125111 | 45.93 | 45.93 | 91.86 |
| 1125266 | 35.46 | 35.46 | 70.92 |
| 1125280 | 87.78 | 87.78 | 175.56 |
| 1125313 | 77.31 | 77.31 | 154.62 |
| 1125383 | 45.93 | 45.93 | 91.86 |
| 1125396 | 35.46 | 35.46 | 70.92 |
| 1125522 | 45.93 | 45.93 | 91.86 |
| 1125571 | 77.31 | 77.31 | 154.62 |
| 1125574 | 35.46 | 35.46 | 70.92 |
| 1125581 | 150.55 | 150.55 | 301.10 |
| 1125613 | 119.16 | 119.16 | 238.32 |
| 1125785 | 56.39 | 56.39 | 112.78 |
| 1125899 | 108.70 | 108.70 | 217.40 |
| 1125904 | 129.63 | 129.63 | 259.26 |
| 1126029 | 56.39 | 56.39 | 112.78 |
| 1126030 | 119.16 | 119.16 | 238.32 |
| 1126220 | 66.85 | 66.85 | 133.70 |
| 1126458 | 150.55 | 150.55 | 301.10 |
| 1126465 | 66.85 | 66.85 | 133.70 |
| 1126564 | 140.09 | 140.09 | 280.18 |
| 1126584 | 87.78 | 87.78 | 175.56 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1126613 | 140.09 | 140.09 | 280.18 |
| 1126636 | 87.78 | 87.78 | 175.56 |
| 1126697 | 66.85 | 66.85 | 133.70 |
| 1126745 | 56.39 | 56.39 | 112.78 |
| 1126811 | 35.46 | 35.46 | 70.92 |
| 1126953 | 66.85 | 66.85 | 133.70 |
| 1126986 | 35.46 | 35.46 | 70.92 |
| 1127098 | 35.46 | 35.46 | 70.92 |
| 1127100 | 77.31 | 77.31 | 154.62 |
| 1127850 | 56.39 | 56.39 | 112.78 |
| 1128052 | 77.31 | 77.31 | 154.62 |
| 1128067 | 56.39 | 56.39 | 112.78 |
| 1128237 | 66.85 | 66.85 | 133.70 |
| 1128499 | 119.16 | 119.16 | 238.32 |
| 1128618 | 77.31 | 77.31 | 154.62 |
| 1128704 | 45.93 | 45.93 | 91.86 |
| 1128725 | 77.31 | 77.31 | 154.62 |
| 1128780 | 77.31 | 77.31 | 154.62 |
| 1128928 | 77.31 | 77.31 | 154.62 |
| 1129061 | 66.85 | 66.85 | 133.70 |
| 1129107 | 35.46 | 35.46 | 70.92 |
| 1129166 | 87.78 | 87.78 | 175.56 |
| 1129271 | 87.78 | 87.78 | 175.56 |
| 1129340 | 56.39 | 56.39 | 112.78 |
| 1129461 | 56.39 | 56.39 | 112.78 |
| 1129775 | 56.39 | 56.39 | 112.78 |
| 1129871 | 35.46 | 35.46 | 70.92 |
| 1129882 | 56.39 | 56.39 | 112.78 |
| 1130020 | 45.93 | 45.93 | 91.86 |
| 1130307 | 35.46 | 35.46 | 70.92 |
| 1130382 | 87.78 | 87.78 | 175.56 |
| 1130807 | 56.39 | 56.39 | 112.78 |
| 1130974 | 45.93 | 45.93 | 91.86 |
| 1130980 | 56.39 | 56.39 | 112.78 |
| 1130986 | 77.31 | 77.31 | 154.62 |
| 1131022 | 45.93 | 45.93 | 91.86 |
| 1131512 | 35.46 | 35.46 | 70.92 |
| 1131611 | 45.93 | 45.93 | 91.86 |
| 1132192 | 35.46 | 35.46 | 70.92 |
| 1132293 | 35.46 | 35.46 | 70.92 |

**Paulot v. The School Bd. of Palm Beach County, Case No. 18-80660-Civ-Brannon**

| EMPLID | Total Backpay | Total Liquidated Damages | Total Settlement |
|---|---|---|---|
| 1132320 | 56.39 | 56.39 | 112.78 |
| 1132405 | 45.93 | 45.93 | 91.86 |
| 1132602 | 45.93 | 45.93 | 91.86 |
| 1132625 | 35.46 | 35.46 | 70.92 |
| 1132701 | 45.93 | 45.93 | 91.86 |
| 1132849 | 35.46 | 35.46 | 70.92 |
| 1132963 | 35.46 | 35.46 | 70.92 |
| 1133034 | 35.46 | 35.46 | 70.92 |
| 1133157 | 35.46 | 35.46 | 70.92 |
| 1133204 | 35.46 | 35.46 | 70.92 |
| 1133516 | 35.46 | 35.46 | 70.92 |
| 1134470 | 56.39 | 56.39 | 112.78 |
| 1134743 | 35.46 | 35.46 | 70.92 |
| 1134817 | 35.46 | 35.46 | 70.92 |
| 1135107 | 35.46 | 35.46 | 70.92 |
| 1135124 | 45.93 | 45.93 | 91.86 |
| 1135202 | 45.93 | 45.93 | 91.86 |
| 1135665 | 35.46 | 35.46 | 70.92 |
| 1135954 | 35.46 | 35.46 | 70.92 |
| 1136060 | 35.46 | 35.46 | 70.92 |

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-80660-cv-MIDDLEBROOKS/BRANNON

JOEL PAULOT, GARRY JEAN,
FENEL JH PETIT-HOMME,
ANGELIA SISTRUNK and
KENNETH PINNOCK, individually,
and on behalf of all other similarly
situated individuals,

       Plaintiffs,

vs.

THE SCHOOL BOARD OF
PALM BEACH COUNTY,
FLORIDA,

       Defendant.

_____/

## NOTICE OF PROPOSED COLLECTIVE ACTION SETTLEMENT

To:      Bus Drivers, who are employees of The School Board of Palm Beach County,
Florida, and who were paid a Merit Payment during any period during which
overtime hours were worked between May 18, 2016 and January 24, 2019.

Re:      Proposed collective action settlement relating to overtime compensation under the
Fair Labor Standards Act.

### PLEASE READ THIS NOTICE CAREFULLY
### IT MAY AFFECT YOUR LEGAL RIGHTS

## I.  INTRODUCTION

In this case, the Named Plaintiffs, Joel Paulot, Garry Jean, Fenel JH Petit-Homme, Angelia
Sistrunk, and Kenneth Pinnock ("Plaintiffs") filed a lawsuit alleging that they and other similarly
situated bus drivers were not paid proper overtime compensation under the Fair Labor Standards
Act ("FLSA") by the School District of Palm Beach County, Florida ("School Board or District").
Plaintiffs alleged that the District failed to pay all overtime compensation that was due during the
two years preceding the filing of the complaint. The District has denied the allegations entirely

1

and has sought to dismiss the case for a failure to state a claim of relief. The Court has not decided in favor of Plaintiffs or the District, and there has not been a trial. Instead, the parties have reached a proposed agreement to settle these claims on a collective basis for all bus drivers who earned a Merit Payment during any period in which overtime hours were worked between May 18, 2016 and January 24, 2019 ("Relevant Liability Period").

You have received this notice because the District's records indicate that it employed you as a bus driver who earned at least one Merit Payment during the Relevant Liability Period. If you timely submit a Consent to Join Form by mail, email, or fax by [45 days after mailing] (explained in more detail below), you will be entitled to monetary compensation under the settlement.

## II. **TERMS OF THE SETTLEMENT AGREEMENT**

The District has agreed to pay a total Settlement Fund of $361,103.24 to resolve the claims in this case. This amount includes attorneys' fees and costs in the amount of $115,000, claims administration costs of up to $27,000, and service payments to each of the Named Plaintiffs in the amount of $1,500 each for their work in initiating the lawsuit and assisting Class Counsel in the prosecution of this lawsuit

**Your settlement share in this case is: _____.**

This amount was determined by crediting you with $20.93 for every Merit Payment you earned in a month that you also worked any overtime hours during the Relevant Liability Period. You will also receive an additional $50.00 as additional consideration for your release of all overtime claims that could have been brought in the case.

Fifty percent (50%) of the settlement is to be considered back wages and you will receive a W2 form associated with this payment for taxes and fifty percent (50%) is to be considered other income and you will receive a 1099 form associated with this payment for taxes.

In addition, as part of this settlement, the District has agreed to modify bus drivers' paystubs to include the following information to make the calculation of your bi-weekly compensation easier to understand. Specifically, the District has agreed to implement and rollout a revised version of the paystub for the bus driver position on or before February 22, 2019, identifying: (1) the employee's annual compensation to be paid for the school year; (2) the number of duty days the employee is contracted to work for the school year; (3) the number of pay periods over which the employee will be paid for the year; and (4) the scheduled hours the employee is assigned to work for the week, which corresponds to the employee's base weekly compensation. Furthermore, a notice explaining the forgoing will be provided to each employee including each Qualified Claimant who is employed as of February 22, 2019.

## III. YOUR OPTIONS UNDER THE SETTTLEMENT

**You have the following options:**

| OPTION 1 | Submit the Consent to Join Form by [45 days from mailing] by mail, email or fax and receive monetary compensation. |
|----------|-------------------------------------------------------------------------------------------------------------------|
| OPTION 2 | Do nothing. <br><br> If you do nothing, you will not receive any monetary compensation. |
| OPTION 3 | Submit an Objection. <br><br> You may file an Objection and submit a Claim Form.  If you submit an Objection and do not file a Claim Form, if the Court approves the settlement you will not receive any monetary compensation. |

**If you return a Consent to Join Form, you will be represented by Class Counsel, who you may reach at [toll-free number]:**

| | |
|---|---|
| Sam J. Smith, Esq <br> Loren B. Donnell, Esq. <br> Burr & Smith, LLP <br> 111 2nd Ave. N.E., Suite 1100 <br> St. Petersburg, FL  33701 | Mark J. Berkowitz, Esq. <br> Mark J. Berkowitz, P.A. <br> One Ten Tower <br> 110 S.E. 6th St., Suite 1700 <br> Ft. Lauderdale, FL  33316 |

## IV. PROCEDURE FOR SUBMITTING A CONSENT TO JOIN FORM

To receive a share of the settlement in this case, you must either (1) mail the attached Consent to Join Form postmarked on or before [45 days after mailing] or (2) return your Consent to Join Form to the Settlement Claims Administrator by email or fax.

> [Insert the name, address, phone number, email address, and fax number for Settlement Claims Administrator].

If you timely submit a Consent to Join Form, a check will be mailed to you within approximately forty-five (45) days of the settlement becoming final.  It is your responsibility to confirm receipt of your Consent to Join Form with the Settlement Claims Administrator and to keep it apprised of your correct address.  Please contact the Settlement Claims Administrator with any change of address.

3

## V. RELEASE

All individuals who timely submit a Consent to Join Form to receive a share of the settlement acknowledge that such submission will release the Defendant, the School District of Palm Beach County, its officers, directors, employees, successors, and assigns, the Superintendent, and the members of the School Board of Palm Beach County in both their official capacities and as individuals from any and all claims that could have been brought in this case under the Fair Labor Standards Act through January 24, 2019.

## VI. COURT APPROVAL AND OBJECTIONS

There will be a final approval hearing on [insert date], 2019, at [insert time], at which time the Court will decide whether or not to approve the settlement as a final matter. The hearing will take place at the United States District Court for the Southern District of Florida, 701 Clematis St., #453, West Palm Beach, Florida 33401 before Magistrate Judge Dave Lee Brannon at [hearing room]. You are not required to attend this hearing.

You may object to the settlement. To do so, you must send a written objection to the Settlement Claims Administrator at the address listed below so that it is received no later than [forty-five days after the initial mailing of the notice], stating that you object to the settlement and including the following information: (1) your name, address, telephone number, and email if available; and (2) a statement of your views and the reasons for your objection, with any supporting documentation. If you choose to object to the settlement, you may enter an appearance *in propria persona* (meaning you choose to represent yourself), or through an attorney that you hire at your own expense. If the Court approves the settlement over your objection, you will receive your share from the settlement funds if you timely submit a Consent to Join Form. You may also (but need not) attend the Court hearing on [insert date], 2019. Counsel for the parties will bring to the Court's attention all objections received by this date.

Objections must be submitted to the Settlement Claims Administrator at the following address:

[Address of Settlement Claims Administrator]

## VII. QUESTIONS

The Settlement Claims Administrator can provide answers to commonly asked questions about the settlement. If you would like more information, you should contact the Claims Administrator toll-free at [insert toll-free number].

**PLEASE DO NOT CONTACT THE COURT.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**PAULOT, ET AL. V. THE SCHOOL BOARD OF PALM BEACH CO.**
**CASE NO. 18-80660-cv-MIDDLEBROOKS/BRANNON**

**<u>CONSENT TO JOIN FORM</u>**

**To receive a payment under the Settlement, this Consent to Join Form must be fully completed and mailed via U.S. Mail postmarked by [45 days after mailing], or emailed or faxed so that the Consent to Join Form is received by the Settlement Claims Administrator [45 days after mailing]:**

[Settlement administrator contact information]

I, hereby opt into this settlement pursuant to Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), and in consideration for payment received by me from the Settlement Fund, I agree to waive and release the Defendant, the School District of Palm Beach County, its officers, directors, employees, successors, and assigns, the Superintendent, and the members of the School Board of Palm Beach County in both their official capacities and as individuals from any and all claims that could have been brought in this case under the Fair Labor Standards Act through January 24, 2019.


_____
Signature


_____
Name (First, Middle, Last)


_____
Former Names (if any)


_____
Mailing Address


_____     _____     _____
City                    State               Zip Code


_____    _____
Last 4 digits of        Personal Email Address
Social Security Number
**(the last four digits of your SSN, your telephone numbers, and your email address will be kept confidential)**

_____(Home)_____(Cell) _____(work)
Telephone Numbers

**You should contact the Settlement Administrator to confirm receipt of your Claim Form.**

**Collective Action Settlement in Paulot v. The School Board of Palm Beach County, Florida, United States District Court for the Southern District of Florida, Civ. No. 18-80660-cv-MIDDLEBROOKS/BRANNON**

You recently should have received a Notice explaining that you can participate in the settlement of this overtime case.

If you did not receive or no longer have the Notice and Consent to Join Form, please contact [NAME OF CLAIMS ADMINISTATOR, phone, email, fax].

If you plan to submit a Consent to Join Form, you must mail it so that it is received by the Claims Administrator by [**45 days after initial mailing**].

**If you do not submit a Consent to Join Form by that date, you will not receive any money from this settlement.**